IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00874-GCM

| | |
|---|---|
| BARRINGTON BOYD, | )<br>) |
| **Appellant,** | )<br>) |
| v. | ) **ORDER**<br>) |
| LIVE NATURALLY, LLC,<br>A. BURTON SHUFORD, | )<br>)<br>) |
| **Appellee.** | )<br>) |

**THIS MATTER** is before the Court on Appellant Barrington Boyd's Appeal from bankruptcy court. (Doc. No. 1) In his Motion, Appellant asks the Court to stay the bankruptcy court's denial of Boyd's objection to sale of personal items the court concluded were assets of the bankruptcy estate of Boyd. (Doc. No. 1). The sale of the assets was ordered by the Bankruptcy Court to take place January 3, 2017 – January 9, 2017. (Doc. No. 1 at 9). Accordingly, it appears that this matter is now moot. **IT IS THEREFORE ORDERED** that this appeal is hereby dismissed as moot.

Signed: January 19, 2017

Graham C. Mullen
United States District Judge